UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TAMALA FINDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendants.<br>_____/ | No. C 13-5151 PJH<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:       June 3, 2014<br>Mediator:  Michael Loeb |

   IT IS HEREBY ORDERED that the request to excuse defendant Hartford Life and Accident Insurance Company's representative from appearing in person at the June 3, 2014, mediation before Michael Loeb is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

   IT IS SO ORDERED.

May 13, 2014                    By: _____
Dated                                         Maria-Elena James
                                          United States Magistrate Judge