UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMALA FINDEN,<br><br>            Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>            Defendant. | Case No. CV 13-5151-PJH<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed, with prejudice, in its entirety. Each party is to bear their own attorneys' fees and costs.

DATED: 9/17/14

_____
HON. PHYLLIS J. HAMILTON
JUDGE, UNITED STATES DISTRICT

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4842-2592-1310 v1

- 1 -

CASE NO. CV 13-5151-PJH
PROPOSED ORDER RE DISMISSAL